# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JODIE L. WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-01348-DJA<br><br>**ORDER** |

On January 8, 2020, the undersigned issued a report and recommendation. The Court recommended denying Plaintiff Jodie L. Williams' application to proceed *in forma pauperis* submitted on August 5, 2019. (ECF No. 1). The time to object has expired, Plaintiff has not filed an objection, and Plaintiff consented to the undersigned proceeding with this matter. (ECF No. 5). The Court accepts and adopts the report and recommendation. The Court therefore finds that as Plaintiff's income and assets exceed her expenses, she does not qualify for *in forma pauperis* status. She will be given 30 days to pay the full filing fee to proceed with this matter. Failure to do so may subject her to dispositive sanctions, up to and including dismissal of this action.

IT IS HEREBY ORDERED that Plaintiff Jodie L. Williams' application to proceed *in forma pauperis* (ECF No. 1) is **denied**.

IT IS FURTHER ORDERED that Plaintiff must pay the full $400 fee for a civil action, which includes the $350 filing fee and the $50 administrative fee, to proceed in this action by March 2, 2020.

DATED: January 31, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE