1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8942
   Facsimile: (415) 744-0134
6  E-Mail: allison.cheung@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JODIE WILLIAMS, | ) |
| | ) Case No.: 2:19-cv-01348-DJA |
| Plaintiff, | ) |
| | ) **DEFENDANT'S NOTICE REGARDING** |
| vs. | ) **PRODUCTION OF CERTIFIED** |
| | ) **ADMINISTRATIVE RECORD** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, Commissioner of Social Security (Commissioner), by his undersigned attorneys, provides notice to the Court and Plaintiff that an electronic copy of the certified administrative record (e-CAR) has been prepared and can now be filed in this matter.  However, the Commissioner advises the Court that, at this time, the Office of Appellate Operations (OAO) is not working at full capacity at its official worksite in Falls Church, Virginia.  A limited number of staff is now permitted to physically enter the office to work on a very limited basis.  While the e-CAR has been prepared, OAO is still unable to provide CD and hard copies of the CAR—which has typically been required in this Court—with any regularity, given the limited staff and overall volume of cases.

While the Commissioner typically files the e-CAR under seal, as required by the Court, this filing is only accessible to the Court and not by the parties through CM/ECF.  However, it is Defendant's counsel's understanding that a new event has been added to CM/ECF which will allow the Commissioner to file the e-CAR under seal and all case participants will have access to the e-CAR.  Accordingly, the Commissioner requests that he be permitted to file the e-CAR under seal using this new event ("Certified Administrative Record under seal") and be relieved of the requirement of preparing CD/hard copies of the CAR.  This will allow Plaintiff to access the e-CAR through CM/ECF and for the case to move forward without delay.

If the Court does not wish to relieve Defendant of the requirement to prepare CD/hard copies of the CAR, the Commissioner sees no other option than to wait until OAO regains the capacity to provide these additional copies of the CAR, which would require seeking an extension for the Commissioner's deadline to respond to the Complaint, which is currently February 12, 2021.  Defendant, however, is ready and able to move forward at this time by filing the e-CAR under seal on CM/ECF.

//
//
//
//
//
//

| | |
|---|---|
| Dated: January 22, 2021 | Respectfully submitted,<br><br>NICHOLAS A. TRUTANICH<br>United States Attorney<br><br>/s/ *Allison J. Cheung*<br>ALLISON J. CHEUNG<br>Special Assistant United States Attorney |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 25, 2021

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **DEFENDANT'S NOTICE REGARDING PRODUCTION OF CERTIFIED ADMINISTRATIVE RECORD** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

> Cyrus Safa
> cyrus.safa@rohlfinglaw.com
> Attorney for Plaintiff
>
> Leonard Stone
> lstone@shookandstone.com
> Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2021

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

Def.'s Notice re CAR.; No. 2:19-cv-01348-DJA